IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

ROSANA BOULHOSA NASSAR,

    Plaintiff,

v.                                       Case No. 4:17cv47-MW/CAS

FLORIDA DEPARTMENT OF
ACRIGULTURE, et al.,

    Defendants.

_____/

## ORDER ACCEPTING
## REPORT AND RECOMMENDATION

This Court has considered, without hearing, the Magistrate Judge's Report and Recommendation, ECF No. 48, and has also reviewed *de novo* Plaintiff's objections to the report and recommendation, ECF No. 49. Accordingly,

**IT IS ORDERED:**

The report and recommendation is **accepted and adopted**, over Plaintiff's objections, as this Court's opinion. The Clerk shall enter judgment stating, "The motions to dismiss, ECF Nos. 8 and 12, are **GRANTED** and this cause is **DISMISSED** for failure to state a claim because the claims are barred by the statute of limitations and the intracorporate conspiracy doctrine. All other pending motions,

1

ECF Nos. 40, 42, 43, and 47, are **DENIED as moot**." The Clerk shall close the file.

**SO ORDERED on January 24, 2018.**

<u>**s/Mark E. Walker**</u>   ____
**United States District Judge**